FILED MAILROOM
MAR - 4 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case Number: 1:17-cv-01303-AJT-TCB

## Motion to Seal Case

Dear Judge,

Since my case below was settled and terminated on Sept 21, 2018, I kindly request to seal it.

Case Number:  1:17-cv-01303-AJT-TCB

Case Name:  Al-Mashhadani v. Challa et al

03/02/2020

Best regard,

Arif Al-Mashhadani

7221 Carol Ln

Falls Church, VA  22042

Cell: (703) 944- 6185

Arif Al-Mashhadani
7721 Carol Ln
Falls Church, VA 22042

To:
Clerk Office
US District Court
401 Courthouse Sq.
Alexandria, VA 22314

BAILEY'S CROSSROADS POST OFFICE
MAR - 2 2020
FALLS CHURCH VA 22041-9998

US MARSHALS SERVICE

22314357983 C031